# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2019

157930(10)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

IN THE MATTER OF

THERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157930
Formal Complaint No. 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The petition for interim suspension is considered, and it is GRANTED. The Honorable Theresa M. Brennan, Judge of the 53rd District Court, is suspended with pay until further order of this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2019



a0226

Clerk